**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | NO: 17-cr-00095-DAD-BAM; and 1:21-cr-00080-NONE-SKO |
| **ALFREDO GARCIA JR.** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | | | |
|---|---|---|---|
| Name of Detainee: | Alfredo Garcia Jr. | | |
| Detained at | Fresno County Jail | | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint ☒ Petition charging detainee with: Violation of supervised release | |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary on August 27, 2021 at 8:30 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio (559/497-4000) |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on August 27, 2021 at 8:30 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: **June 22, 2021** | /s/ Barbara A. McAuliffe |
| | Honorable Barbara A. McAuliffe |
| | U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2013138 | DOB: | 01/02/1994 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | |
| Facility Phone: | 559/600-8600 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____ _____
(signature)