HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ALFREDO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00095-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| ALFREDO GARCIA | DATE: October 8, 2021<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing on the supervised release violation in the above-captioned matter now set for August 27, 2021, before the Honorable Dale A. Drozd, may be continued to October 8, 2021, at 9:30 a.m.

Defense is requesting the additional time to conduct further investigation, obtain records, and to prepare for the sentencing hearing. Counsel for the government has no objection to the requested continuance.

As Mr. Garcia has already entered his admission on this supervised release violation petition, no exclusion of time is necessary under the Speedy Trial Act.

///

///

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: August 11, 2021                By:    /s/ *Justin J. Gilio*
                                      JUSTIN J. GILIO
                                      Assistant United States Attorney
                                      Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: August 11, 2021                By:    /s/ *Charles J. Lee*
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      ALFREDO GARCIA

**O R D E R**

IT IS SO ORDERED that the sentencing hearing in the above-entitled case shall be continued to October 8, 2021 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **August 11, 2021**                    _____
                                                UNITED STATES DISTRICT JUDGE