IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ALFREDO GARCIA JR.<br><br>            Defendant. | CR NO:  1:17-cr-00095-DAD-BAM;<br>              1:21-cr-00080-NONE-SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Alfredo Garcia Jr.
Detained at: Fresno County Jail
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint ☒ Petition
      charging detainee with: Violation of supervised release
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on October 21, 2021, at 9:30 a.m. in the Eastern District of California.*

Signature:  /s/ Justin J. Gilio
Printed Name & Phone No:  Justin J. Gilio (559/497-4000)
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on October 21, 2021 at 9:30 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **October 20, 2021**            /s/ Barbara A. McAuliffe
                                         Honorable Barbara A. McAuliffe
                                         U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | | ☒Male | ☐Female |
| Booking or CDC #: | 2013138 | DOB: | 01/02/1994 |
| Facility Address: | 1225 M Street, Fresno, CA | Race: | |
| Facility Phone: | 559/600-8600 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____        _____
                                   (signature)